■ CENTRAL CITY ROOFING COMPANY, INC., Appellant, v ASHLEY MCGRAW ARCHITECTS, D.P.C., Respondent. [38 NYS3d 457]— Appeal from an order of the Supreme Court, Oswego County (James W. McCarthy, J.), entered January 16, 2015. The order granted the motion of defendant for summary judgment, dismissed the complaint and denied the cross motion of plaintiff for leave to amend the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Whalen, P.J., Smith, Centra, Peradotto and Carni, JJ.

■ WILLIAM M. EDDY, Appellant, v DAVID ANTANAVIGE, Respondent. [38 NYS3d 457]—Appeal from a judgment of the Supreme Court, Oneida County (David A. Murad, J.), entered July 1, 2015. The judgment awarded plaintiff $25,000 together with interest thereon from June 14, 2013.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Whalen, P.J., Smith, Centra, Peradotto and Carni, JJ.